# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOAN ANZIANI,<br><br>  Plaintiff<br><br>v.<br><br>WENTWORTH BY THE SEA, LLC,<br><br>  Defendants | Civil Action<br>Case No. 1:18-cv-855-AJ |

## DISCLOSURE STATEMENT OF WENTWORTH BY THE SEA, LLC
## LOCAL RULE 7.1.1

☐ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

☐ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

☐ The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

- AND/O R -

☐ The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

☒ The filing party has none of the above.

Date:  December 27, 2018              Respectfully submitted,
                                      WENTWORTH BY THE SEA, LLC
                                      By Its Attorneys

                                       /s/  Elizabeth A. Germani
                                      Elizabeth A. Germani
                                      NH Bar No. 5529
                                      Germani Martemucci & Hill
                                      43 Deering Street
                                      Portland, ME  04101
                                      (207) 773-7455
                                      e-mail:  egermani@gmh-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018, I electronically filed the foregoing Disclosure Statement of Wentworth by the Sea, LLC, via the Court's CM/ECF system, which will send electronic notification of such filing to David P. Angueira, counsel for Plaintiff.

Dated:  December 27, 2018
                                       /s/ Elizabeth A. Germani
                                      Elizabeth A. Germani
                                      NH Bar No. 5529
                                      e-mail:  egermani@gmh-law.com

                                      GERMANI MARTEMUCCI & HILL
                                      43 Deering Street
                                      Portland, ME  04101
                                      (207) 773-7455