UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOAN ANZIANI,<br><br>    Plaintiff<br><br>v.<br><br>GHM WENTWORTH, LLC,<br><br>    Defendant | Civil Action<br>Case No. 1:18-cv-855-PB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree and stipulate that all claims asserted in the above-captioned action are dismissed with prejudice and without costs.

Date: January 6, 2020

Respectfully submitted,
JOAN ANZIANI
By His Attorney

/s/ David W. Faraci
David W. Faraci (MA BBO # 695324)
David P. Angueira (NH Bar # 16632)
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900
dfaraci@swartzlaw.com

Date: January 6, 2020

Respectfully submitted,
GHM WENTWORTH, LLC
By Its Attorney

/s/ Elizabeth A. Germani
Elizabeth A. Germani
NH Bar No. 5529
Germani Martemucci & Hill
43 Deering Street
Portland, ME 04101
(207) 773-7455
e-mail: egermani@gmh-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I electronically filed the foregoing Stipulation of Dismissal with Prejudice via the Court's CM/ECF system, which will send electronic notification of such filing to David P. Angueira, Alan L. Cantor, Esq., and David W. Faraci, Esq., counsel for Plaintiff.

Dated:  January 6, 2020

      /s/ Elizabeth A. Germani
Elizabeth A. Germani
NH Bar No. 5529
e-mail:  egermani@gmh-law.com

GERMANI MARTEMUCCI & HILL
43 Deering Street
Portland, ME  04101
(207) 773-7455